459 A.2d 1225

COMMONWEALTH of Pennsylvania, Appellee,

v.

Anthony WATKINS, Appellant.

Supreme Court of Pennsylvania.

Submitted April 29, 1983.

Decided May 27, 1983.

Barnaby C. Wittels, Philadelphia (Court-appointed), for appellant.

Robert B. Lawler, Chief, Appeals Div., Asst. Dist. Atty., Alan Sacks, Philadelphia, for appellee.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

## ORDER

PER CURIAM.

Judgments of Sentence affirmed.